DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WOOD v. WOOD

No. 70P88.

Case below: 88 N.C. App. 483.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 1988.

YORK v. NORTHERN HOSPITAL DISTRICT

No. 43P88.

Case below: 88 N.C. App. 183.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 April 1988.

PETITIONS TO REHEAR

HIGGINS v. HIGGINS

No. 486A87.

Case below: 321 N.C. 482.

Petition by defendant denied 6 April 1988.

MUSSALLAM v. MUSSALLAM

No. 702PA86.

Case below: 321 N.C. 504.

Petition by defendant denied 6 April 1988.

YOUNGBLOOD v. NORTH STATE FORD TRUCK SALES

No. 517A87.

Case below: 321 N.C. 380.

Petition by defendants denied 6 April 1988.